**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00427-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

C. E. WALKER, also known as
CORTEZ EDWARD WALKER,

      Applicant,

v.

[NO NAMED RESPONDENT],

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant, C. E. Walker, also known as Cortez Edward Walker, currently is
incarcerated at the Denver County Jail.  Mr. Walker's alias has been added to the
caption of this order.  He has submitted *pro se* a letter (ECF No. 1) to former Chief
Judge Edward W. Nottingham.  Mr. Walker appears to be attempting to supplement a
prior dismissed lawsuit initiated pursuant to 28 U.S.C. § 2241, *Walker v. Stanley*, No.
06-cv-01252-ZLW (D. Colo. Sept. 1, 2006), *appeal dismissed*, No. 06-1406 (10th Cir.
Feb. 15, 2007), which challenged the revocation of his parole when he was in the
custody of the Colorado Department of Corrections and incarcerated at the San Carlos
Correctional Facility in Pueblo, Colorado.  Mr. Walker fails to clarify whether he is
awaiting sentencing on new criminal charges and/or facing a parole revocation hearing.

      As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that the submitted document is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue any claims in this

court in this action.  Any papers that Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing
(4)   X    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or
             habeas application
(9)   X    other:  The § 1915 motion and affidavit and certificate showing prison
             account balance are necessary only if the $5.00 filing fee is not paid in full
             in advance.

**Complaint, Petition or Application**:
(10)   X    is not submitted
(11)   __    is not on proper form
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    names in caption do not match names in text
(16)   __    addresses must be provided for all defendants/respondents in "Section A.
             Parties" of complaint, petition or habeas application
(17)   X    other: The only proper Respondent in a habeas corpus action is
             Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

         ORDERED that the clerk of the Court add the alias for Applicant, C. E. Walker, to

the docketing records for this case.  It is

         FURTHER ORDERED that Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that Applicant files in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 19, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge