IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00427-LTB

C. E. WALKER, also known as
CORTEZ EDWARD WALKER,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 9, 2014, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 9th day of April, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                    Deputy Clerk